```
 1 │ ALEX G. TSE (CABN 152348)
   │ United States Attorney
 2 │
   │ BARBARA J. VALLIERE (DCBN 439353)
 3 │ Chief, Criminal Division
 4 │ DENISE M. OKI (CABN 311212)
   │ Special Assistant United States Attorney
 5 │
   │     450 Golden Gate Avenue, Box 36055
 6 │     San Francisco, California 94102-3495
   │     Telephone: (415) 436-7196
 7 │     FAX: (415) 436-7234
   │     Email: Denise.Oki@usdoj.gov
 8 │
   │ Attorneys for United States of America
 9 │
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) NO. 18-CR-90 MAG |
|---|---|
| Plaintiff, | ) NOTICE OF DISMISSAL AND [~~PROPOSED~~] ORDER GRANTING LEAVE TO DISMISS THE |
| v. | ) INFORMATION |
| JOHN C. CHOI, | ) |
| Defendant. | ) |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above Information without prejudice.

DATED:                                      Respectfully submitted,

                                            ALEX G.TSE
                                            United States Attorney


                                            _____
                                            HALLIE M. HOFFMAN
                                            Chief, General Crimes

NOTICE OF DISMISSAL (CR 18-90 MAG)

**[~~PROPOSED~~] ORDER**

Leave is granted to the government to dismiss the Information.

IT IS SO ORDERED.

DATED: December 19, 2018

_____
THE HONORABLE SALLIE KIM
United States Magistrate Judge

NOTICE OF DISMISSAL (CR 18-90 MAG)